United States District Court Southern District of Illinois
Case 3:22-cv-00514-SPM   Document 1   Filed 03/14/22   Page 1 of 5   Page ID #1

22-514-SPM

page 1 of 3    Mr. DeShawn Carlos Epps (Plantiff)

V.

Warden Sproul, AW Sosa, AW LeClair, Ms. Dunn, UM Byrum,
UM Wallace, Lt. Henderson, Lt. Blair, Lt. Huggins, J. Hughes
( Defendants)

## Motion for Injunction

Now comes Mr. DeShawn Carlos Epps self represented
and hereby moves this Honorable District Court
to Allow him leave to proceed as a poor person
This Motion is based on the following:

1)   Mr. DeShawn Carlos Epps is currently housed
in USP Marion

2) Mr. DeShawn Carlos Epps has been taken out
of population and placed in Special Housing Unit
without invelent of justable reason in violation of
CFR (administrative detention) and special housing
unit. Policy No. 5270.11

3)    Mr. DeShawn Carlos Epps (12/10/2021)
I went to medical with Vernon Grisby as my guide.
We talked to Nurse J. Hughes and informed him.
I was "Blind", and he stated "While you aren't
going to the ER", and told us to go back to your
unit. The next morning I informed Officer Turon
and he called medical at that time I was taken
to the hospital from 12/11/2021 until 12/14/2021
I stayed in the hospital. Then I was placed
in SHU I was told I would be shipped
to a medical care level 3 facility (Warden Sproul
AW Sosa, AW LeClair, Ms. Dunn, UM Byrum, UM Wallace
After few weeks I started filing BP-8 informal
to all above defendants and never got respond on it.

Page 2 of 3

After about 12 weeks, all my defendants was trying to kick me out to the general populations. I informed them I would like, pschyical, occupational therapy I never received it. And go to outside optometry for my eye condition. I never received that services, informed staff that I shouldn't be put back in general population because I couldn't defend myself. On 2/14/2022 I was placed on call-out for optometry, I was given a paper stating "Low-vision, Care level 2 and sunglasses. On 2/14/2022 after seeing the optometry, I confronted Marquez Williams #31740-045 who was my cellmate in unit X-211 a illegal 3 men cell. I confronted him about a "Prea" that was filed on him for having sex with another inmate. At that time I was assaulted, first punched in my eyes then eye galled and body slammed. At this facility I have been accused of being a sex offender by staff, my mail from mailroom have came up missing. And my re-entry plan have been taken from me.

4) My suit is for $4,000,000 USC for the defendant.
5) This court has to order USP Marion to produce 6 months of his account history. And order Mr. Epps access to legal research and produce its records for review of placement in SHU (54126) that he may represent himself in this action.

Wherefore Mr. Epps moves this Honorable Court to grant him leave to commaence and prosecute this action as a poor person and order #4 of this motion. Respectfully submitted

Name: Deshawn Carlos Epps
     P.O Box 1000
     Marion, IL 62959

page 3 of 3

I am sending a letter asking for a waver of fee form.

Wherefore Mr. Epps moves this Honorable court to grant to hear this case Mr. Epps grants this court consent to allow the Honorable Judge to hear this case.

Name: DeShawn Carlos Epps      Date: 3-3-2022
USP Marion
P.O Box 1000
Marion, IL 62959

DeShawn Car[...]
U.S Penitary
P.O Box 1000
Marion, IL 62959

Legal Mail

Office of the Clerk

750 Missouri Avenue

East St Louis, IL ▮▮▮▮
62201



MAIL CLEARED
US MARSHALS





RECEIVED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

MAR 14 2022



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT